Js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNINE PEREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC<br><br>　　　　　Defendants. | Case No.: 2:22-cv-07681-JFW-RAOx<br><br>District Judge: Hon. John F. Walter<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff JEANNINE PEREZ ("Plaintiff") accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 28, 2022.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

　　**IT IS SO ORDERED.**

Date: January 30, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　District Court Judge